UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| BENNY CHRIS LOWE, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:20-CV-416-TRM-HBG |
| ANDERSON COUNTY, TN., | ) | | |
| Defendant. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Defendant's motion to dismiss [Doc. 26] is **GRANTED**, and Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** with prejudice.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT